# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

JON STEPHEN BALLARD,

v.

TOMMY RILEY, ET AL.,         CASE NUMBER:   1:05-1034-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/6/2005, this case is hereby DISMISSED without prejudice and it is furthered CERTIFIED that any appeal in this matter is not taken in good faith.

**APPROVED:**

_James D. Todd_
**JAMES D. TODD**
**UNITED STATES DISTRICT JUDGE**

　　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT R. DI TROLIO**
　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK**

_5/10/05_         BY:   _Evelyn Cheairs_
**DATE**                **DEPUTY CLERK**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5/11/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01034 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Jon Stephen Ballard
c/o Rev. Donald K. Ballard, LTG. USN
683 Wheatley Cove
Collierville, TN 38017

Honorable James Todd
US DISTRICT COURT